DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER STEWART,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2785

[February 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case Nos. 12-14684CF10A, 13-2339CF10A, 13-5083CF10A and 13-9521CF10A.

Christopher Stewart, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***